AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:14-mj-809-GWF |
| JOSE MACHADO-MENDEZ | ) | |
| | ) | Charging District:   District of Minnesota |
| *Defendant* | ) | Charging District's Case No.   CR-14393(2)-MJD-JJK |

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
DEC 11 2014
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Warren E. Burger Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>Before Honorable Franklin L. Noel, U.S. Magistrate Judge | Courtroom: | TBD |
|---|---|---|---|
| | | Date/Time: | January 07, 2015 at 11:00a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Dec 11, 2014

*Judge's signature*

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*